435 A.2d 912

Commonwealth v. Grooms, Appellant.

Submitted March 24, 1981.
Blake E. Martin, Public Defender, for appellant; John N. Keller, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

435 A.2d 913

Commonwealth v. Hiles, Jr., Appellant.

Submitted November 10, 1980. John Woodcock, Jr., for appellant; Jolene M. Grubb, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, BROSKY and VAN der VOORT, JJ.

Judgment of sentence affirmed.

* Judge Vincent A. Cirillo of the Court of Common Pleas of Montgomery County, Pennsylvania is sitting by designation.